UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:22CR246(MPS) |
| v. | VIOLATION: |
| GREGORY C. BANKS | 18 U.S.C. § 1347 (Health Care Fraud) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Health Care Fraud)

1.      At all times relevant to this Information, the defendant, Gregory C. Banks ("Banks"), resided in Connecticut. Banks was the sole owner and operator of North East Counseling & Trauma Services ("North East"), located in Danbury, Connecticut, which provided psychotherapy to individuals and families.

2.      The Connecticut Medicaid Program ("Medicaid") was a health care benefit program in which medical benefits, items, and services were provided to Medicaid clients in Connecticut. The Connecticut Medicaid Program was jointly funded by the State of Connecticut and the federal government, and administered by the State of Connecticut's Department of Social Services. Banks enrolled as a participating provider in the Medicaid program in or around September 2018. North East was never enrolled as a provider in the Medicaid program.

3.      Beginning no later than January 1, 2018 and continuing until at least July 6, 2022, in the District of Connecticut and elsewhere, Banks knowingly, willfully, and with the specific intent to defraud, executed and attempted to execute a scheme and artifice to defraud Medicaid, a health care benefit program as defined under Title 18, United States Code, Section 24(b), and to obtain money and property owned by and under the custody and control of Medicaid by means of

1

materially false and fraudulent pretenses, representations, and promises, in connection with the delivery of and payment for health care benefits, items, and services; that is, Banks submitted and caused to be submitted to Medicaid materially false claims for psychotherapy services he purportedly provided.

4. It was part of the scheme and artifice that Banks submitted and caused to be submitted to Medicaid claims for dates of service he purportedly provided when, as Banks well and truly knew, no psychotherapy services of any kind had been provided to the Medicaid beneficiaries identified in the claims.

5. On or about January 15, 2020, in the District of Connecticut, in order to execute the above scheme, Banks submitted and caused to be submitted to Medicaid a materially false claim for psychotherapy that represented that on January 4, 2020, Banks personally provided 60 minutes of psychotherapy (Current Procedure Terminology Code 90837) to a patient whose initials are H.H. when, as Banks well and truly knew, no such services had been provided, and on which claim Medicaid paid Banks on or about January 24, 2020.

All in violation of Title 18, United States Code, Section 1347.

UNITED STATES OF AMERICA

*/s/ Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ David T. Huang*
DAVID T. HUANG
ASSISTANT UNITED STATES ATTORNEY

2