UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.

CASE NO. 3 22CR246(MPS)

GREGORY BANKS

## AMENDMENT TO JUDGMENT

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on June 28, 2023, be amended in part as follows:

**The correct amount of the restitution is $1,044,387.08**

It is hereby Ordered that the judgment and Order of Commitment entered by this Court on June 28, 2023, in all other respects remains the same.

So Ordered.

Dated at Hartford, Connecticut this 5th day of July 2023.

                                                                                                  /s/
                                                             Michael P. Shea
                                                            United States District Judge